EUGENE LAMB RICHARDS, as Superintendent of Banks
of the State of New York, Respondent, *v.* ROBERT
McK. ACKERMAN, as Executor of CORNELIUS H.
ACKERMAN, Deceased, et al., Defendants, and RAY
M. GAFFNEY, Appellant.

*Richards* v. *Ackerman*, 175 App. Div. 746, affirmed.

(Argued May 14, 1918; decided May 28, 1918.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the third judicial department,
entered January 15, 1917, affirming a judgment in favor
of plaintiff entered upon a decision of the court at a
Trial Term without a jury in an action to enforce the
statutory liability of stockholders of the Binghamton Trust
Company under former section 196 (now section 206) of
the Banking Law. The name of Gaffney, the appellant,
appeared upon the stock book as the owner of twenty-one
shares. They were taken out in appellant's name by
A. D. Klages, who, on January 20, 1909, surrendered
certificate No. 263 for twenty-one shares of stock issued
to one C. Fred Hess, and in place thereof took out two
new certificates, one No. 272 for twenty shares and one
No. 273 for one share. Said Klages signed his own
name on the printed forms of receipt which are on the
stubs of the stock certificate book of the trust company.
On the same day that Klages obtained the new certificates
he took them to appellant and told him that he had had
the shares represented by the certificates transferred into
appellant's name, and asked appellant to indorse them
so that he could make a delivery to cover a sale. Appel-
lant indorsed the certificates in blank without making
any protest, and Klages took them away with him.
Subsequent to such indorsement Klages delivered certifi-
cate No. 272 for twenty shares to the defendant Frederick
M. Weed who paid $3,000 for the same. The Appellate
Division held that the indorsement by Gaffney without
protest was a ratification of the issuance of the certificate
in his name and he was, therefore, liable as a stockholder.

46

*Archibald Howard* for appellant.

*John T. Buckley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CUDDEBACK, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.